OPINION — AG — *** CENTRAL PURCHASING ACT *** INSURANCE COMPANIES AND/OR THEIR AGENTS MAY BID OR SUBMIT QUOTATIONS FOR PROPERTY AND CASUALTY COVERAGE DIFFERENT FROM THEIR FILED AND APPROVED PREMIUM RATES WHEN BIDDING ON STATE OWNED PROPERTY. CITE: 36 O.S. 1961 902-H [36-902]-H, 74 O.S. 1961 85.12 [74-85.12], 74 O.S. 1961 85.2 [74-85.2](7) 74 O.S. 1961 85.1 [74-85.1], 36 O.S. 1961 1004-A [36-1004]-A 36 O.S. 1961 1002-A [36-1002]-A, 36 O.S. 1961 903-A [36-903]-A, 36 O.S. 1961 902-H [36-902]-H, 36 O.S. 1961 901 [36-901] (DALE CROWDER) FILENAME: m0000974 JOE B. HUNT STATE BOARD OF PROPERTY AND CASUALTY RATES ATTORNEY GENERAL OF OKLAHOMA — OPINION AUGUST 21, 1967 OPINION — AG — *** CENTRAL PURCHASING ACT *** INSURANCE COMPANIES AND/OR THEIR AGENTS MAY BID OR SUBMIT QUOTATIONS FOR PROPERTY AND CASUALTY COVERAGE DIFFERENT FROM THEIR FILED AND APPROVED PREMIUM RATES WHEN BIDDING ON STATE OWNED PROPERTY. CITE: 36 O.S. 1961 902-H [36-902]-H, 74 O.S. 1961 85.12 [74-85.12], 74 O.S. 1961 85.2 [74-85.2](7) 74 O.S. 1961 85.1 [74-85.1], 36 O.S. 1961 1004-A [36-1004]-A 36 O.S. 1961 1002-A [36-1002]-A, 36 O.S. 1961 903-A [36-903]-A, 36 O.S. 1961 902-H [36-902]-H, 36 O.S. 1961 901 [36-901] (DALE CROWDER)